# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES TOMECSKO, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MURPHY FAMILY, INC., : <br> : <br> Defendant. : <br> : <br> : | Case No.: 2:21-cv-01081-RJC |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

On consent of the parties and counsel, kindly dismiss this case with prejudice at the above-captioned pursuant to Fed.R.Civ.P. 41 (a)(1)(ii). Each party is to bear its own fees and costs.

| | |
|---|---|
| **J.P. WARD & ASSOCIATES, LLC** | **BASSI, VREELAND & ASSOCIATES, P.C.** |
| **/s/ Joshua P. Ward** | **/s/ Cory S. Young** |
| Joshua P. Ward, Esquire <br> Counsel for Plaintiff <br> J.P. Ward & Associates, LLC <br> The Rubicon Building <br> 201 South Highland Avenue, Suite 201 <br> Pittsburgh, PA 15206 <br> (412) 545-3015 <br> (412) 545-3399 (fax) <br> jward@jpward.com | Cory S. Young, Esquire <br> Counsel for Defendant <br> Bassi, Vreeland & Associates, P.C. <br> 111 Fallowfield Avenue, P.O. Box 144 <br> Charleroi, PA 15022 <br> (724) 705-0146 <br> (724) 483-1629 (fax) <br> cyoung@bmvlaw.com |