IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES TOMECSKO, | : |
| Plaintiff, | : |
| v. | : Case No.: 2:21-cv-01081-RJC |
| MURPHY FAMILY, INC., | : |
| Defendant. | : |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

On consent of the parties and counsel, kindly dismiss this case with prejudice at the above-captioned pursuant to Fed.R.Civ.P. 41 (a)(1)(ii). Each party is to bear its own fees and costs.

**J.P. WARD & ASSOCIATES, LLC**　　　　**BASSI, VREELAND & ASSOCIATES, P.C.**

/s/ Joshua P. Ward　　　　　　　　　　　/s/ Cory S. Young

Joshua P. Ward, Esquire　　　　　　　　Cory S. Young, Esquire
Counsel for Plaintiff　　　　　　　　　　Counsel for Defendant
J.P. Ward & Associates, LLC　　　　　　Bassi, Vreeland & Associates, P.C.
The Rubicon Building　　　　　　　　　111 Fallowfield Avenue, P.O. Box 144
201 South Highland Avenue, Suite 201　Charleroi, PA 15022
Pittsburgh, PA 15206　　　　　　　　　(724) 705-0146
(412) 545-3015　　　　　　　　　　　 (724) 483-1629 (fax)
(412) 545-3399 (fax)　　　　　　　　　cyoung@bmvlaw.com
jward@jpward.com

AND NOW, this 14th,
day of September, 2021,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE